2017, and that absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 17–0215/AR. U.S. v. Kevin Greytunkl. CCA 20150644. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 21, 2017.

Friday, February 3, 2017

No. 17–0148/AF. U.S. v. Stephan H. Claxton. CCA 38188. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

  I. WHETHER THE FINDINGS AND SENTENCE MUST BE SET ASIDE IN LIGHT OF *UNITED STATES v. HILLS*, 75 M.J. 350 (C.A.A.F. 2016).

  II. WHETHER THE GOVERNMENT'S FAILURE TO DISCLOSE THAT AIR FORCE ACADEMY CADET E.T. WAS A CONFIDENTIAL INFOR-MANT FOR THE AIR FORCE OFFICE OF SPECIAL INVESTIGA-TIONS (AFOSI) PURSUANT TO *BRADY v. MARYLAND*, 373 U.S. 83 (1963), WAS HARMLESS BEYOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 17–0159/AR. U.S. v. Jeffrey Soria. CCA 20150537. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

  I. WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSIONS OF JUDGES BUR-TON AND CELTNIEKS.

  II. WHETHER, AS APPOINTED JUDGES OF THE CMCR, JUDGES BURTON AND CELTNIEKS DID NOT MEET THE UCMJ DEFINI-TION OF AN APPELLATE JUDGE.

  III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL IT-SELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0077/AR. U.S. v. Salvador Jimenez–Victoria. CCA 20140733. On consideration of Appellant's motion to remand the case to the United States Army Court of

Criminal Appeals in light of newly discovered *Brady* evidence, it is ordered that said motion is hereby denied.*

Monday, February 6, 2017

No. 17–0111/AR. U.S. v. Francisco Galvan. CCA 20150574. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSION OF JUDGE HERRING.

II. WHETHER, AS AN APPOINTED JUDGE OF THE CMCR, JUDGE HERRING DID NOT MEET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGE.

III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL ITSELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0173/AR. U.S. v. Patrick Podobnik. CCA 20150692. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER JUDGE HERRING, A JUDGE ON THE COURT OF MILITARY COMMISSION REVIEW, WAS STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF HE WAS STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER HIS SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN HIS NEWLY ATTAINED STATUS AS A PRINCIPAL OFFICER.

No briefs will be filed under Rule 25.

---

* Appellant's motion to attach Defense Appellate Exhibit A, contained within the motion to remand, is impermissible under C.A.A.F. Rule 30(d) and it is also hereby denied.